**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-1169**

———————————

In Re: JERRY LYNN HIGH,

Debtor.

_____

JERRY LYNN HIGH,

Plaintiff - Appellant,

versus

UNITED STATES BANKRUPTCY COURT,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (MISC-96-10-5-F, BK-88-01695-8-ATS)

———————————

Submitted: June 17, 1999          Decided: June 22, 1999

———————————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jerry Lynn High, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Lynn High appeals the district court's order and judgment denying his motion for a writ of error coram nobis. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See High v. United States Bankruptcy Court, Nos. Misc-96-10-5-F; BK-88-01695-8-ATS (E.D.N.C. Dec. 23, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED

2